UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:06-CV-61-R

'06 APR 21 P1:22

JOE THOMASON  PLAINTIFF

v.

CANADIAN NATIONAL/ILLINOIS
CENTRAL RAILROAD,
a corporation  DEFENDANT

# COMPLAINT

## I. PARTIES AND JURISDICTION

1. At all times referred to herein, the Plaintiff had been a resident of Barnwell, Carlisle County, Kentucky.

2. The Defendant, Canandian National/Illinois Central Railroad Company, is a Delaware corporation and has its principal place of business in Chicago, Illinois. The Defendant, Illinois Central Railroad Company, operates a railroad and conducts business in the Western District of Kentucky.

3. At all times referred to herein the Plaintiff was an employee of the Defendant and was working within the line and scope of his employment for the Defendant. At all times referred to herein the Defendant was a common carrier by railroad engaged in the business of operating a railroad in interstate commerce for hire for the purpose of carrying freight and passengers in interstate commerce. At all times referred to herein the Plaintiff's duties of employment for the Defendant were in the furtherance of such interstate commerce or directly or closely and substantially affected such interstate commerce throughout Louisiana, Mississippi, Tennessee,

Kentucky, and Illinois. The majority of the Plaintiff's work was performed in and around Fulton, Kentucky. This action is brought under and by virtue of the provisions of the Federal Employers Liability Act, Title 45, U.S.C.A., §51, et seq.

## II. FACTS (First Injury)

4.  The Plaintiff avers that he was employed as a track man for the Defendant, Central Canadian/Illinois Central Railroad Company, [hereinafter referred to as CN/IC Railroad] for a period of many years. During that time, his working conditions were such as to expose him to excessive and repetitive micro trauma to his arms and hands. As a result of these years of work, the Plaintiff has been caused to develop carpal tunnel syndrome on both arms and has been caused to undergo surgery in an attempt to relieve and recover from this condition. The Plaintiff avers that he first learned of his injury and his carpal tunnel syndrome within the three years preceding the filing of this complaint.

## III. FIRST CAUSE OF ACTION (First Injury)

5.  The Plaintiff avers that all of his above mentioned injuries and damages were proximately caused, in whole or in part, by the negligence of the Defendant, CNIC, its agents, servants, or employees while acting within the line and scope of their employment for said Defendant or by reason of a defect or insufficiency due to its negligence in its work practices, safety practices, and equipment at the time and place where the Plaintiff suffered his above mentioned injuries and damages.

## IV. SECOND CAUSE OF ACTION (First Injury)

6.  The Plaintiff further avers that all of his above mentioned injuries and damages were proximately caused, in whole or in part, by the negligent failure of the Defendant, CNIC Railroad,

to use reasonable care to provide to the Plaintiff a reasonably safe place for the Plaintiff to perform his work and labor for said Defendant.

## V.  FACTS (Second Injury)

7. The Plaintiff avers that while employed as a track man for the Defendant, CNIC Railroad, for a period of many years, his working conditions were such as to expose him to manganese fumes from welding on the rail. As a result of these years of work and exposure to manganese, the Plaintiff has been caused to develop Parkinson's disease, which prevents him from performing his job for the defendant. The Plaintiff avers that he first learned of his injury and his carpal tunnel syndrome within the three years preceding the filing of this complaint.

## VI.  FIRST CAUSE OF ACTION (Second Injury)

8. The Plaintiff avers that all of his above mentioned injuries and damages were proximately caused, in whole or in part, by the negligence of the Defendant, CNIC Railroad, its agents, servants, or employees while acting within the line and scope of their employment for said Defendant or by reason of a defect or insufficiency due to its negligence in its work practices, safety practices, and equipment at the time and place where the Plaintiff suffered his above mentioned injuries and damages.

## VII.  SECOND CAUSE OF ACTION (First Injury)

9. The Plaintiff further avers that all of his above mentioned injuries and damages were proximately caused, in whole or in part, by the negligent failure of the Defendant, CNIC Railroad, to use reasonable care to provide to the Plaintiff a reasonably safe place for the Plaintiff to perform his work and labor for said Defendant.

## VIII.  DAMAGES

10. The Plaintiff avers that as a result, in whole or in part, of the Defendant's negligence, he has suffered and seeks to recover for the following injuries and damages:

   (a) Past and future lost wages and fringe benefits;

   (b) Permanent impairment of his ability to earn a living;

   (c) Past and future medical expenses;

   (d) Past and future physical pain and mental anguish;

   (e) Past and future physical disability;

   (f) Inability to carry out and enjoy the usual and normal activities of life.

11. As damages, the Plaintiff claims of the Defendant the sum of One Million Dollars ($1,000,000.00).

## IX. JURY DEMAND

12. Plaintiff demands trial by a struck jury.

_____
COURTNEY B. BROWN
Attorney for Plaintiff

BURGE & BURGE
850 Park Place Tower
Birmingham, Alabama  35203-3204
(205) 251-9000

Plaintiff's Address:
203 County Road 1320
Bardwell, KY 42023

<u>Defendant's Address</u>:

CT Corporation System
As Registered Agent for Canadian National/Illinois Central Railroad Company
Kentucky Home Life Building, Suite 1102
Louisville, KY 40202